

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GREAT LAKES INSURANCE SE, | § § § | |
| Plaintiff, | § § | C.A. No. 4:19-cv-00344-A |
| V. | § § | Rule 9(h) Admiralty |
| PK YACHT OPERATIONS, LLC, | § § | |
| Defendant | § | |

## CERTIFICATE OF INTERESTED PERSONS

Plaintiff, GREAT LAKES INSURANCE SE ("Great Lakes"), pursuant to Local Rule 3.1 and Fed. R. Civ. P. 7.1(a), hereby submits this Certificate of Interested Parties, and certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Great Lakes Insurance SE, plaintiff

2. Munich Re Group, corporate parent of Great Lakes

3. Timothy Strickland, Esq., counsel for Great Lakes

4. Stacey T. Norstrud, counsel for Great Lakes

5. Schouest, Bamdas, Soshea & BenMaier P.L.L.C., counsel for Great Lakes

6. Charles S. Davant, Esq., counsel for Great Lakes

7. Aaron M. Dmiszewicki, Esq., counsel for Great Lakes

8. Davant Law, P.A., counsel for Great Lakes

9. PK Yacht Operations, LLC

10. Steven Helling, member of PK Yacht

11. Brent Helling, member of PK Yacht

12. Robert Tyer, member of PK Yacht

13. J. Andrew Fine, Esq., counsel for PK Yacht

14. Marshall Grant, PLLC, counsel for PK Yacht

DATED: April 26, 2019

Respectfully submitted,

_____
By: Timothy W. Strickland
Texas Bar No. 19396298
strick@sbsblaw.com
Stacey T. Norstrud
Texas Bar No. 24025363
snorstrud@sbsblaw.com
**SCHOUEST, BAMDAS, SOSHEA & BENMAIER P.L.L.C.**
1001 McKinney Street
Suite 1400
Houston, TX 77002
Phone: (713) 588-0446
Facsimile: (713) 574-2942

-and-

_____
By: Charles S. Davant (*Pro Hac Vice Admission Pending*)/by permission
csd@davantlaw.com
Aaron M. Dmiszewicki (*Pro Hac Vice Admission Pending*)
amd@davantlaw.com

**DAVANT LAW, P.A.**
401 E. Las Olas Blvd.
Suite 1400
Fort Lauderdale, FL 33301
Phone: (954) 414-0400
Facsimile: (954) 332-3301