Case 4:19-cv-00344-A   Document 8   Filed 05/02/19   Page 1 of 4   PageID 108

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 2 2019

CLERK, U.S. DISTRICT COURT
By_____
       Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GREAT LAKES INSURANCE SE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-344-A |
| | § | |
| PK YACHT OPERATIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

ORDER

On April 26, 2019, the clerk docketed in the above-captioned action a Standing Order (doc.[1] 4) that informed the parties of special requirements the undersigned has relative to filings in civil and criminal actions assigned to the undersigned's docket. Included in the directives of that order is that "all documents filed in any case on the docket of the undersigned shall . . . [comply with] the undersigned's judge-specific requirements as set forth in the form status report order available at http://www.txnd.uscourts.gov/sites/default/files/documents/McBrydeStatusReportOrder.pdf." Id. at 1.

Certain of the judge-specific requirements set forth in the form status report order appear under the heading "Preparation for Filing of Evidentiary Items (Such as Appendices) and Similar

---

[1] The "Doc. ___" references are to the numbers assigned to the referenced items on the docket in this Case No. 4:19-CV-344-A.

Items." Included therein are the following requirements:

> Each evidentiary item, including any exhibits, filed in connection with any pleading or other paper, . . . shall be filed in a separate volume, bearing consecutive page numbers . . . . Counsel shall highlight, as appropriate, those portions of the items that are of particular pertinence.

Form Status Report Order at 7-8.

On May 1, 2019, plaintiff, Great Lakes Insurance SE, filed in paper form an original and judge's copy of his complaint (doc. 6) that failed to comply with any of these requirements. The complaint's exhibit was filed in the same volume as the complaint and does not bear consecutive page numbers, nor are items of particular pertinence highlighted. The court also notes that the handwritten mark on page 8 of the complaint is not a legible signature.

Therefore,

The court ORDERS that such documents be, and are hereby, unfiled and stricken from the record of such action.

If plaintiff wishes to retrieve the items from the clerk's office, it must do so by 2:00 p.m. on May 6, 2019. Otherwise, the items will be disposed of as the clerk sees fit.

The court further ORDERS that plaintiff be, and is hereby, granted an extension of time until 4:00 p.m. on May 7, 2019, in which to file proper documents.

SIGNED May 2, 2019.

_____
JOHN McBRYDE
United States District Judge



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GREAT LAKES INSURANCE SE, | § | |
| | § | |
| Plaintiff, | § | C.A. No. 4:19-cv-00344-A |
| | § | Rule 9(h) Admiralty |
| V. | § | |
| | § | |
| PK YACHT OPERATIONS, LLC, | § | |
| | § | |
| Defendant | § | |

## COMPLAINT

Plaintiff, GREAT LAKES INSURANCE SE ("Great Lakes"), hereby sues the Defendant, PK YACHT OPERATIONS, LLC ("PK Yacht") for declaratory relief and in support thereof states as follows:

### JURISDICTION AND VENUE

1. This is an action for declaratory relief pursuant to 28 U.S.C. § 2201.

2. Great Lakes designates this as an admiralty and maritime cause within the meaning of Fed. R. Civ. P. 9(h). This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1333, as it involves a dispute regarding a maritime contract. Great Lakes invokes the provisions of Rule 9(h), 38(e), and 82 of the Federal Rules of Civil Procedure.

3. Venue is proper within the United States District Court for the Northern District of Texas under 28 U.S.C. § 1391(b)(1). PK Yacht resides in Haslet, Texas, which is located within this district and division thereof, and because the policy of insurance under which this action arises requires that disputes thereunder must be litigated either: (1) where the insured resides; or (2) where the insured's agent resides. Because the PK Yacht resides in Tarrant County, PK Yacht has consented to jurisdiction in this district.