UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 16 2019
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| GREAT LAKES INSURANCE SE<br>*Plaintiff* | §<br>§<br>§<br>§ |
| v. | § Case No. 4:19-CV-00344-A |
| PK YACHT OPERATIONS, LLC<br>*Defendant* | §<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Davant Law, P.A. _____, with offices at

401 East Las Olas Blvd., Ste. 1400
(Street Address)

Fort Lauderdale          FL              33301
(City)                   (State)         (Zip Code)

(954) 414-0400           (954) 332-3301
(Telephone No.)          (Fax No.)

II. Applicant will sign all filings with the name  Aaron M. Dmiszewicki  .

III. Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Great Lakes Insurance SE

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of _____Florida_____, where Applicant regularly practices law.

Bar license number: _111455_     Admission date: _September 23, 2014_

For Court Use Only.
Bar Status Verified:

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.      Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC - S.D. Fla. | December 19, 2014 | Active |
| USDC - M.D. Fla. | March 10, 2015 | Active |
| USDC - N.D. Fla. | March 23, 2015 | Active |
| USCA - 11th Circuit | August 14, 2018 | Active |

VI.     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

N/A      N/A

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Robert G. Hogue, Esq., Robert G. Hogue, P.C._____, who has offices at

Highland Park Place, 4514 Cole Avenue, Suite 600
(Street Address)

Dallas      TX      75205
(City)      (State)      (Zip Code)

(214) 559-7107      (214) 559-7101
(Telephone No.)      (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the _15th_ day of _May_, _2019_.

Aaron Michael Dmiszewicki
Printed Name of Applicant

_/s/_
Signature



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida        )

County of Leon         )

In Re:  0111455
Aaron Michael Dmiszewicki
Davant Law, P.A.
401 E Las Olas Blvd Ste 1400
Fort Lauderdale, FL 33301-2218

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 23, 2014**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 1st day of **May, 2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-41768



DAVANT LAW, P.A.
401 EAST LAS OLAS BLVD SUITE 1400 FORT LAUDERDALE FLORIDA 33301
www.davantlaw.com  954.414.0400  *phone*  954.332.2301  *facsimile*

*Charles S. Davant*
*954.414.0401 direct*
*csd@davantlaw.com*

May 15, 2019

VIA FEDERAL EXPRESS

Clerk of Court
United States District Court
Northern District of Texas
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673



Re: *Great Lakes Insurance SE vs. PK Yacht Operations, LLC*, Case No. 4:19-CV-00344-A
  Application for Admission Pro Hac Vice

Dear Clerk:

Pursuant to Local Civil Rule 83.9 enclosed please find Application for Admission *Pro Hac Vice* for Charles Davant, Esq. and Application for Admission *Pro Hac Vice* for Aaron Dmiszewicki, Esq. with corresponding proposed orders and this firm's two checks in the amount of $25.00 each, as a fee for filing the Applications.

Should you have any questions or need additional information, please do not hesitate to contact me.

Thank you.

Very truly yours,

Charles S. Davant

Enclosures: as stated.