

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GREAT LAKES INSURANCE SE, | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 4:19-CV-344-A |
| PK YACHT OPERATIONS, LLC, | § § § | |
| Defendant. | § | |

ORDER

Came on for consideration the application of Aaron Dmiszewicki ("Dmiszewicki") for admission pro hac vice in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that Dmiszewicki's application for admission pro hac vice be, and is hereby, granted, and that Dmiszewicki be, and is hereby, granted leave to appear pro hac vice, along with local counsel, on behalf of plaintiff, Great Lakes Insurance SE, in this action. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

The court further ORDERS that, if Dmiszewicki has not already done so, Dmiszewicki register as an ECF user of this court within fourteen days. See Local Civil Rule LR 5.1(f).

SIGNED May 16, 2019.

_____
JOHN McBRYDE
United States District Judge