

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 16 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GREAT LAKES INSURANCE SE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-344-A |
| | § | |
| PK YACHT OPERATIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the application of Charles Davant ("Davant") for admission pro hac vice in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that Davant's application for admission pro hac vice be, and is hereby, granted, and that Davant be, and is hereby, granted leave to appear pro hac vice, along with local counsel, on behalf of plaintiff, Great Lakes Insurance SE, in this action. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

The court further ORDERS that, if Davant has not already done so, Davant register as an ECF user of this court within fourteen days. <u>See</u> Local Civil Rule LR 5.1(f).

SIGNED May 16, 2019.

_____
JOHN McBRYDE
United States District Judge

2