**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **GREAT LAKES INSURANCE SE,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 4:19-cv-00344-P** |
| | § | |
| **PK YACHT OPERATIONS, LLC,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

Before the Court is Plaintiff's Motion for Reconsideration concerning the Order Unfiling Pleading. ECF No. 110. Having reviewed the filings and considered the current status of the case, the Court hereby **GRANTS** the motion and **RESCINDS** the Order Striking and Unfiling Documents. ECF No. 109. The Clerk is directed to refile Plaintiff's Motion for Summary Judgment. ECF Nos. 105, 106.

**SO ORDERED** on this **14th day** of **October, 2020.**

*Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE